**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF DECEMBER 30, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
-------------------------------------------------------------
WD76811        Brandon r. Smith vs. State of Missouri
WD76939        Gwynne R. McGraw vs. Eric J. McGraw
WD77712        Kevon Price vs. Division of Employment Security

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
-------------------------------------------------------------
None